No. 94–7351. VIJENDIRA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7379. MEROLA v. BEYER ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–712. FRESSIE v. TRANS WORLD AIRLINES ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 94–961. DELAWARE v. JACKSON. Sup. Ct. Del. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–993. ILLINOIS v. TURNER. App. Ct. Ill., 1st Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–7222. WHITNEY v. UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–7750 (A–536). SMITH v. NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 94–389. CLOSTERMANN v. JOHNSON ET AL., *ante*, p. 948;

No. 94–487. BRASWELL v. LOS ANGELES UNIFIED SCHOOL DISTRICT, *ante*, p. 964;

No. 94–664. JOHNSON, DBA F. C. JOHNSON CONSTRUCTION CO. v. HYNEMAN, *ante*, p. 1043;

No. 94–5876. JUDGE v. BOLAN, *ante*, p. 969;

No. 94–5878. FAIR v. ILLINOIS, *ante*, p. 1020;

No. 94–6110. GOULDING v. UNITED STATES, *ante*, p. 1061;

No. 94–6189. BOLENDER v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 1022;

No. 94–6222. GREEN v. BROWN, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 1004;

No. 94–6276. VALDEZ v. JOY TECHNOLOGIES ET AL., *ante*, p. 1023;

No. 94–6486. KELLY *v.* WITHROW, WARDEN, ET AL., *ante,* p. 1061;

No. 94–6536. JONES *v.* UNITED STATES, *ante,* p. 1028;

No. 94–6627. IN RE WILSON, *ante,* p. 1013;

No. 94–6630. BROUGHTON *v.* SMITH ET AL., *ante,* p. 1048;

No. 94–6655. SLAGEL *v.* SHELL OIL REFINERY ET AL., *ante,* p. 1031; and

No. 94–6663. HARRIS *v.* LILLARD ET AL., *ante,* p. 1063. Petitions for rehearing denied.

No. 94–5977. AZUBUKO *v.* COMMISSIONER OF PARKING, CITY OF BOSTON, ET AL., *ante,* p. 983. Motion for leave to file petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this motion.

### JANUARY 24, 1995

No. 94–7770 (A–547). EDMONDS *v.* JABE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

### JANUARY 26, 1995

No. 94–6615. THOMPSON *v.* KEOHANE, WARDEN, ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1126.] Motion for appointment of counsel granted, and it is ordered that Julie R. O'Sullivan, Esq., of Washington, D. C., be appointed to serve as counsel for petitioner in this case.

### JANUARY 30, 1995

No. 94–7851 (A–556). WILLIAMS *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 94–7857 (A–557). RUSSELL *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, pre-